**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDMOND P. LAFRANCE,<br><br>    Defendant | Case No. 16-mj-04028-DHH |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of Attorney Paul V. Kelly as counsel for the Defendant in this matter.

Dated:  February 22, 2016

DEFENDANT EDMOND P. LAFRANCE,
By his attorneys,

/s/ Paul V. Kelly
Paul V. Kelly (BBO No. 267010)
John J. Commisso (BBO No. 647002)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025
Paul.Kelly@jacksonlewis.com
John.Commisso@jacksonlewis.com

## CERTIFICATE OF SERVICE

I certify that this document was filed through ECF and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Paul V. Kelly
Jackson Lewis P.C.

4838-7303-0446, v. 1

1